**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JENSEN VATEL,<br>Defendant | CRIMINAL NO. 1:25-cr-10197-IT |

## JOINT MOTION FOR RULE 11 HEARING

The Defendant moves, jointly with the Government to schedule his case for a Rule 11 hearing.

Mr. Vatel is not in custody and does not require the service of an interpreter.

The parties have conferred on dates and are available on September 16, 2026 after 1:00, September 24, 2026 after 1:00 of September 25, 2026 after 1:00.

WHEREFORE, the Defendant and the United States move this Honorable Court to schedule his case for a Rule 11 hearing.

DATE: September 9, 2026

Respectfully submitted,
Jensen Vatel
By his attorney,

/s/ Jeffrey Miller
Jeffrey Miller, Esq.
529 Main St., Ste. 200
Boston, MA 02129
BBO # 670561
(857) 919-3647
jmiller@millercriminaldefense.com

## CERTIFICATE OF SERVICE

I, Jeffrey Miller, hereby certify that this document, filed through the ECF System on September 9, 2026, will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF), and that papers will be sent to all non-registered participants who have appeared in this case.

/s/ Jeffrey Miller
Jeffrey Miller